ACCEPTED
15-24-00128-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/24/2025 10:47 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00128-CV

IN THE COURT OF APPEALS
FOR THE FIFTEENTH DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

2/24/2025 10:47:25 AM
CHRISTOPHER A. PRINE
Clerk

HARBOR AMERICA CENTRAL, INC.,
*Appellant*,

v.

WILLIAM REEVES,
*Appellee*.

On Appeal from the 55th District Court of Harris County, Texas
Trial Court No. 2017-25574

JOINT MOTION TO VACATE AND REMAND AND TO
EXPEDITE MANDATE PURSUANT TO SETTLEMENT

TO THE HONORABLE COURT OF APPEALS:

This Court abated the appeal on January 30, 2025. Since then, Appellant Harbor America Central, Inc., and Appellee William Reeves have finalized their settlement agreement.

Under Texas Rule of Appellate Procedure 42.1(a)(2), the parties on both sides ask this Court to reinstate the appeal, set aside the trial court's judgment without regard to the merits, and remand the case to the trial court for rendition of a take-nothing judgment in accordance with the parties' agreement.

Further, under Texas Rule of Appellate Procedure 18.1(c), the parties respectfully request that the Court issue its mandate immediately so the parties may move forward expeditiously with their settlement in the trial court.

Respectfully submitted,

THE GEORGE LAW FIRM PLLC

By: */s/ David George*
  David George
  Texas Bar No. 00793212
440 Louisiana Street, Suite 900
Houston, Texas 77002
Telephone: (713) 857-2280
dgeorge@georgeappeals.com


THE BUZBEE LAW FIRM

Anthony G. Buzbee
Texas Bar No. 24001820
tbuzbee@txattorneys.com
Chris J. Leavitt
State Bar No. 24053318
cleavitt@txattorneys.com
Lionel Sims III
Texas Bar No. 24107465
lsims@txattorneys.com
J.P. Morgan Chase Tower
600 Travis, Suite 7500
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909
www.txattorneys.com

ATTORNEYS FOR APPELLEE,
WILLIAM REEVES

BECK REDDEN LLP

By: */s/ Joshua S. Smith*
  Joshua S. Smith
  State Bar No. 24093173
  jsmith@beckredden.com
  Russell S. Post
  State Bar No. 00797258
  rpost@beckredden.com
1221 McKinney Street, Suite 4500
Houston, Texas 77010
Telephone: (713) 951-3700

ATTORNEYS FOR APPELLANT,
HARBOR AMERICA CENTRAL, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2025 a true and correct copy of the foregoing motion has been electronically filed and served on all counsel.

_/s/ Joshua S. Smith_
Joshua S. Smith

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jesse Crochet on behalf of Joshua Smith
Bar No. 24093173
jcrochet@beckredden.com
Envelope ID: 97703836
Filing Code Description: Motion
Filing Description: Joint Motion to Vacate and Remand and to Expedite Mandate Pursuant to Settlement
Status as of 2/24/2025 10:54 AM CST

Associated Case Party: Harbor America Central, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Russell S.Post | | rpost@beckredden.com | 2/24/2025 10:47:25 AM | SENT |
| Joshua S.Smith | | jsmith@beckredden.com | 2/24/2025 10:47:25 AM | SENT |

Associated Case Party: William Reeves

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ryan Pigg | 24088227 | rpigg@txattorneys.com | 2/24/2025 10:47:25 AM | SENT |
| Thomas Holler | 24126898 | choller@txattorneys.com | 2/24/2025 10:47:25 AM | SENT |
| William DavidGeorge | | dgeorge@georgeappeals.com | 2/24/2025 10:47:25 AM | SENT |
| Lionel Sims | 24107465 | lsims@txattorneys.com | 2/24/2025 10:47:25 AM | SENT |
| Anthony G.Buzbee | | tbuzbee@txattorneys.com | 2/24/2025 10:47:25 AM | SENT |
| Chris J.leavitt | | cleavitt@txattorneys.com | 2/24/2025 10:47:25 AM | SENT |
| Anthony Buzbee | 24001820 | ledelacruz@txattorneys.com | 2/24/2025 10:47:25 AM | ERROR |